**STATE of Missouri, Respondent,**

v.

**Fred MITCHELL, Appellant.**

**No. 50299.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 18, 1986.

Motion for Rehearing and/or Transfer
Denied March 19, 1986.

Application to Transfer Denied
April 15, 1986.

Deborah Lambdin Stockhausen, St. Louis, for appellant.

Stephen D. Hawke, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for two counts of robbery, first degree, in violation of § 569.020, RSMo 1978, assault, first degree, in violation of § 565.050, RSMo 1978, and armed criminal action, in violation of § 571.015, RSMo 1978.

Judgment affirmed. Rule 30.25(b).